IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CR 79-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JIMMY DWAYNE LAWING. ) | |
| ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned at the close of a Rule 11 proceeding that was held before this Court on April 23, 2014. It appeared to the Court at the call of this matter on for hearing the Defendant was present with his attorney, Jason Hayes and the Government was present and represented through Assistant United States Attorney Don Gast. From the arguments of counsel for the Defendant and the arguments of the Assistant United States Attorney and the records in this cause, the Court makes the following findings:

**Findings.** On December 3, 2013 a bill of indictment was issued charging Defendant with conspiracy to traffic in methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 846. On April 23, 2014, the undersigned held and inquiry, pursuant to Rule 11 of the Federal Rules of Criminal Procedure and accepted a plea of guilty

1

of the Defendant to that charge.  At the end of the Rule 11 proceeding, this Court presented the issue of whether or not Defendant should now be detained, pursuant to 18 U.S.C. § 3143(a)(2).

**Discussion.**   18 U.S.C. § 3143(a)(2) provides as follows:

(2)  The judicial officer shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and is awaiting imposition or execution of sentence be detained unless ----

  (A)(i) the judicial officer finds there is a substantial likelihood that a motion for acquittal or new trial will be granted; or

  (ii) an attorney for the Government has recommended that no sentence of imprisonment be imposed on the person; or

  (B) the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community.

From an examination of the records in this cause, it appears Defendant has entered a plea of guilty to conspiracy to violate 21 U.S.C. § 841(a)(1).  That crime is one of the crimes as set forth in 18 U.S.C. § 3142(f)(1)(C).

The undersigned made an inquiry of Assistant United States Attorney Don Gast as to whether or not there is going to be a recommendation that no sentence of imprisonment be imposed upon Defendant.  Mr. Gast advised the Court that such a recommendation could not be made.  As a result of the plea of guilty of Defendant,

the undersigned cannot find there is a substantial likelihood that a motion for acquittal or new trial will be granted. It would thus appear and the Court is of the opinion that the Court is required to apply the factors as set forth under 18 U.S.C. § 3143(a)(2) which require the detention of Defendant.

## ORDER

**IT IS, THEREFORE, ORDERED**, that Defendant be detained pending further proceedings in this matter.

Signed: April 25, 2014

Dennis L. Howell
United States Magistrate Judge